IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TISHA HENDERSON, | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § Civil Action No. 3:24-CV-1240-X-BN |
| | § |
| ROYCE WEST, | § |
| | § |
| *Defendant*. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 8). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (Doc. 8).

**IT IS SO ORDERED** this 8th day of July, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE